```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 27784
   RAYMOND BOYD
   MONIQUE BOYD                                 CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3290     SSN XXX-XX-0284

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/27/2004 and was confirmed 11/29/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was paid in full 09/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   SECURED          7885.00          797.84        7885.00
COUNTRYWIDE HOME LOANS     CURRENT MORTG   51221.42            .00        51221.42
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   20576.24            .00        20576.24
INTERNAL REVENUE SERVICE   PRIORITY          938.54            .00          938.54
DISTRICT COUNSEL           NOTICE ONLY     NOT FILED           .00             .00
US ATTORNEYS OFFICE        NOTICE ONLY     NOT FILED           .00             .00
IRS TAX DIVISION           NOTICE ONLY     NOT FILED           .00             .00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00             .00
AT & T                     UNSECURED       NOT FILED           .00             .00
ECAST SETTLEMENT CORP      UNSECURED        2008.14            .00         1004.07
SMC                        UNSECURED         521.71            .00          260.86
CBUSA/FRDF                 UNSECURED       NOT FILED           .00             .00
CHILD CBUSA                UNSECURED       NOT FILED           .00             .00
SHERMAN ACQUISITION        UNSECURED        5915.72            .00         2957.86
EXPRESS GOLD CARD          UNSECURED       NOT FILED           .00             .00
CHASE CARD SERVICES        UNSECURED         857.83            .00          428.92
GOODYEAR CREDIT CARD PLA   UNSECURED       NOT FILED           .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        2017.25            .00         1008.63
NYCO                       UNSECURED       NOT FILED           .00             .00
NICOR GAS                  UNSECURED         544.10            .00          272.05
RHEEM AIR CONDIT           UNSECURED       NOT FILED           .00             .00
SBC                        UNSECURED       NOT FILED           .00             .00
SBC                        UNSECURED       NOT FILED           .00             .00
SBC                        UNSECURED       NOT FILED           .00             .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00             .00
SPIEGEL                    UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC        UNSECURED         477.06            .00          238.53
US DEPT OF EDUCATION       UNSECURED       NOT FILED           .00             .00
US DEPT OF EDUCATION       UNSECURED        4944.19            .00         2472.10
VICTORIA SECRET            UNSECURED       NOT FILED           .00             .00
DAIMLER CHRYSLER FINANCI   UNSECURED        3104.75            .00         1552.38
CITY OF CALUMET CITY       UNSECURED         250.00            .00          125.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 27784 RAYMOND BOYD & MONIQUE BOYD
```

```
CITY OF CHICAGO PARKING   UNSECURED         570.00                  .00        285.00
MCSI                      UNSECURED        1250.00                  .00        625.00
MELVIN J KAPLAN           DEBTOR ATTY     1,894.00                           1,894.00
TOM VAUGHN                TRUSTEE                                            5,945.88
DEBTOR REFUND             REFUND                                             2,334.68
```

      Summary of Receipts and Disbursements:
```
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             102,824.00

PRIORITY                                          938.54
SECURED                                        79,682.66
    INTEREST                                      797.84
UNSECURED                                      11,230.40
ADMINISTRATIVE                                  1,894.00
TRUSTEE COMPENSATION                            5,945.88
DEBTOR REFUND                                   2,334.68
                    ---------------         ---------------
TOTALS              102,824.00                102,824.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/22/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE